# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                  Case Number:
AMERISTAR CASINOS, INC., et al.

v.

MICHAEL J. KOLAR, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AMERISTAR CASINOS, INC. AND AMERISTAR CASINO COUNCIL BLUFFS, INC.

```
FILED: AUGUST 8, 2008
08CV4502
JUDGE ANDERSEN
MAGISTRATE JUDGE MASON
YM
```

| | |
|---|---|
| NAME (Type or print) <br> Jay G. Taylor | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jay G. Taylor | |
| FIRM <br> Ice Miller LLP | |
| STREET ADDRESS <br> One American Square, Suite 2900 | |
| CITY/STATE/ZIP <br> Indianapolis, IN 46282-0200 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> 317/236-2100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |