U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:
AMERISTAR CASINOS, INC., et al.

v.

MICHAEL J. KOLAR, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AMERISTAR CASINOS, INC. AND AMERISTAR CASINO COUNCIL BLUFFS, INC.

FILED: AUGUST 8, 2008
08CV4502
JUDGE ANDERSEN
MAGISTRATE JUDGE MASON
YM

| NAME (Type or print) |
|---|
| John D. Burke |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ John D. Burke |

| FIRM |
|---|
| Ice Miller LLP |

| STREET ADDRESS |
|---|
| 200 W Madison, Suite 3500 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 0623918 | 312/726-1567 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐