U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:
AMERISTAR CASINOS, INC., et al.

v.

MICHAEL J. KOLAR, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
AMERISTAR CASINOS, INC. and AMERISTAR CAISNO COUNCIL BLUFFS, INC.

FILED: AUGUST 8, 2008
08CV4502
JUDGE ANDERSEN
MAGISTRATE JUDGE MASON
YM

| | |
|---|---|
| NAME (Type or print) Joan G. Ritchey | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Joan G. Ritchey | |
| FIRM Ice Miller LLP | |
| STREET ADDRESS 200 W Madison, Suite 3500 | |
| CITY/STATE/ZIP Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06275776 | TELEPHONE NUMBER 312/726-1567 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |