IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERISTAR CASINOS, INC. and AMERISTAR CASINO COUNCIL BLUFFS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. KOLAR, individually and doing business as THE MR. REFUND COMPANY,<br><br>Defendant. | FILED: AUGUST 8, 2008<br>08CV4502<br>JUDGE ANDERSEN<br>MAGISTRATE JUDGE MASON<br>YM<br><br>No. _____<br><br>Judge: _____<br><br>Magistrate Judge _____ |

**PLAINTIFFS' LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Plaintiffs, Ameristar Casinos, Inc. and Ameristar Casino Council Bluffs, Inc. (collectively "Plaintiffs"), by counsel, state as follows for its Notification of Affiliates Disclosure Statement pursuant to Local Rule 3.2:

1. Plaintiff Ameristar Casinos Council Bluffs, Inc, is wholly-owned by Plaintiff Ameristar Casinos, Inc.

2. Plaintiff Ameristar Casinos, Inc. is publicly traded on the NASDAQ exchange under the symbol ASCA. The Estate of Craig H. Neilsen (co-administered by Gordon R. Kanofsky and Ray H. Neilsen) owns more than 5% of Plaintiff Ameristar Casinos, Inc. The following entities have previously disclosed owning more than 5% of Plaintiff Ameristar Casinos, Inc., and may continue to own more than 5% of Plaintiff Ameristar Casinos, Inc.: (a) Sirios Capital Management, L.P. and (b) Bamco, Inc.

Respectfully submitted,

**AMERISTAR CASINOS, INC. and
AMERISTAR CASINO COUNCIL BLUFFS, INC.**

By: /s/ John D. Burke
     One of their Attorneys

*Attorneys for Plaintiffs, Ameristar Casinos, Inc. and
Ameristar Casino Council Bluffs, Inc.*

ICE MILLER LLP
200 W. Madison Street
Suite 3500
Chicago, IL 60606-3417
(312) 726-1567

John D. Burke (ARDC No. 06203918)
Jay G. Taylor
ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200
(317) 236-2100

2

I/2196347.1