IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERISTAR CASINOS, INC. and AMERISTAR CASINO COUNCIL BLUFFS, INC. | )<br>)<br>) |
| Plaintiffs, | ) No. 08-cv-4502<br>) |
| v. | ) Judge Andersen<br>) |
| MICHAEL J. KOLAR, individually and doing business as THE MR. REFUND COMPANY, | ) Magistrate Judge Mason<br>)<br>)<br>) |
| Defendant. | ) |

**MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs, Ameristar Casinos, Inc. and Ameristar Casino Council Bluffs, Inc. (collectively "Ameristar"), by counsel, pursuant to Federal Rule Civil Procedure 65, respectfully requests that the Court (i) set a hearing date on this motion for preliminary injunction and (ii) issue an order preliminarily enjoining Defendant, Michael J. Kolar, individually and doing business as the Mr. Refund Company ("Kolar"), his agents, servants, employees, consultants, attorneys, affiliates, successors and assigns and any other individuals or entities within their control or supervision and all other persons or entities in concert or participating with them from:

1. Using Ameristar's trademarks or doing any acts or things likely to induce the belief on the part of the public, including Ameristar's customers or potential customers, that Kolar is in any way affiliated, connected, or associated with Ameristar;

2. Making any statements to individuals that inadvertently call Kolar's telephone number that could cause a likelihood of confusion or misunderstanding as to the source, sponsorship, approval, certification, and/or affiliation of Kolar with Ameristar's services;

3. Disparaging Ameristar and its business activities to individuals that inadvertently call Kolar's telephone number;

4. Falsely representing himself to be affiliated in any way with Ameristar; and

5. In support of its motion, Plaintiffs submit the accompanying memorandum of law, along with supporting affidavits and its complaint.

**WHEREFORE**, Plaintiffs Ameristar Casinos, Inc. and Ameristar Casino Council Bluffs, Inc. respectfully requests that the Court (i) set a date for hearing on Plaintiffs' Motion for Preliminary Injunction and (ii) on the date of that hearing, grant Plaintiff's Motion For Preliminary Injunction in its entirety, and for all other just and proper relief.

Respectfully submitted,

**AMERISTAR CASINOS, INC. and
AMERISTAR CASINO COUNCIL BLUFFS, INC.,
Plaintiffs**

By: /s/ John D. Burke
     One of their Attorneys

John D. Burke (ARDC No. 06203918)
ICE MILLER LLP
200 W. Madison Street, Suite 3500
Chicago, IL 60606-3417
(312) 726-1567

Jay G. Taylor
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
(317) 236-2100

**CERTIFICATE OF SERVICE**

  John D. Burke, an attorney, certifies that on August 22, 2008, he served a copy of Plaintiffs' Motion for Preliminary Injunction and Memorandum in Support by electronic mail and U.S. Mail, property postage prepaid, upon:

Donald W. Devitt
Scopelitis, Garvin, Light, Hanson & Feary, P.C.
30 West Monroe Street, Suite 600
Chicago, Illinois 60603
*ddevitt@scopelitis.com*

          /s/ John D. Burke
          John D. Burke