IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERISTAR CASINOS, INC. and<br>AMERISTAR CASINO COUNCIL<br>BLUFFS, INC.<br><br>        Plaintiffs,<br>v.<br><br>MICHAEL J. KOLAR, individually and<br>doing business as THE MR. REFUND<br>COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)  No. 08-cv-4502<br>)<br>)  Judge Andersen<br>)<br>)  Magistrate Judge Mason<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

To:   See attached Certificate of Service

    PLEASE TAKE NOTICE that on the **4th day of September, 2008 at 9:00 a.m.** or as soon thereafter as counsel may be heard, we shall appear before Judge Andersen, Courtroom 1403, in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or any judge who may be sitting in his stead, and there present the attached *Plaintiffs' Motion for Preliminary Injunction*, copies of which are hereby served upon all parties.

                          AMERISTAR CASINOS, INC. and
                          AMERISTAR CASINO COUNCIL BLUFFS, INC.,
                          Plaintiffs

                         By: /s/ John D. Burke
                              One of their Attorneys

John D. Burke (ARDC No. 06203918)
ICE MILLER LLP
200 W. Madison Street, Suite 3500
Chicago, IL 60606-3417
(312) 726-1567

Jay G. Taylor
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
(317) 236-2100

C/69699.1

**CERTIFICATE OF SERVICE**

    John D. Burke, an attorney, certifies that on August 22, 2008, he served a copy of Plaintiffs' Motion for Preliminary Injunction and Memorandum in Support by electronic mail and U.S. Mail, property postage prepaid, upon:

Donald W. Devitt
Scopelitis, Garvin, Light, Hanson & Feary, P.C.
30 West Monroe Street, Suite 600
Chicago, Illinois 60603
*ddevitt@scopelitis.com*

        /s/ John D. Burke
        John D. Burke