IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERISTAR CASINOS, INC. and<br>AMERISTAR CASINO COUNCIL BLUFFS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. KOLAR, individually and doing<br>Business as THE MR. REFUND COMPANY,<br><br>Defendants. | Case No. 08-CV-04502<br><br>DEMAND FOR JURY TRIAL |

FILED
Sep 2, 2008
SEP 02 2008 EA
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## ANSWER TO COMPLAINT
## FOR INJUNCTIVE RELIEF AND DAMAGES

Defendant Michael J. Kolar and The Mr. Refund Company now answers the complaint for injunctive relief and damages, and denies any and all such allegations, and further admits or denies the specific allegations of the complaint and states affirmative defenses, as follows:

### JURISDICITON AND VENUE

1. Answering paragraph 1 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

2. Defendant admits that he resides in this District, and denies the other allegations as alleged in paragraph 2.

3. Defendant admits that he is a resident of this judicial district, and denies the other allegations as alleged in paragraph 3.

4. Answering paragraph 4 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

5. Answering paragraph 5 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

6. Defendant, Mike J. Kolar, denies DBA "The Mr. Refund Company". Defendant admits he is a resident of the County of Cook, State of Illinois and should not be named as a party to the lawsuit as an individual and should be dismissed.

## FACTS COMMON TO ALL COUNTS

### *Ameristar and Its Trademarks*

7. Answering paragraph 7 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

8. Answering paragraph 8 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

9. Answering paragraph 9 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

10. Answering paragraph 10 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

11. Answering paragraph 11 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

### *Ameristar's Phone Number and Kolar's Phone Number*

12. Answering paragraph 12 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

13. Answering paragraph 13 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

14. Answering paragraph 14, Kolar admits he owns the federally registered trademark, "MR REFUND" (Reg No. 3,247,245) and denies all other allegations.

15. Answering paragraph 15 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

*Facts Giving Rise to the Causes of Action*

16. Answering paragraph 16 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

17. Answering paragraph 17 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

18. Answering paragraph 18 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

19. Defendant denies the allegations of paragraph 19.

20. Defendant denies the allegations of paragraph 20.

21. Answering paragraph 21 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

22. Answering paragraph 22 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

23. Answering paragraph 23 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

24. Defendant denies the allegations of paragraph 24.

25. Answering paragraph 25 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

26. Answering paragraph 26 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

27. Defendant denies the allegations of paragraph 27.

## COUNT I
*Trade Disparagement under 15 U.S.C § 1125(a)*

28. Defendant incorporates by reference the allegations of paragraphs 1 through 27 as they were set out in full.

29. Defendant denies the allegations of paragraph 29.

ANSWER TO COMPLAINT
CASE NO. 08-CV-04502

30. Defendant denies the allegations of paragraph 30.

31. Answering paragraph 31 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

32. Answering paragraph 32 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

33. Answering paragraph 33 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

34. Answering paragraph 34 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

35. Answering paragraph 35 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

## COUNT II
### Trade Disparagement under 815 ILCS 510/2(a)(8) and the Common Law of the State of Illinois

36. Defendant incorporates by reference the allegations of paragraphs 1 through 35 as they were set out in full.

37. Answering paragraph 37 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

38. Answering paragraph 38 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

39. Answering paragraph 39 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

40. Answering paragraph 40 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

41. Answering paragraph 41 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

42. Answering paragraph 42 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

43. Answering paragraph 43 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

### COUNT III
*Deceptive Trade Practices under 815 ILCS 510/2(a)(2), (5) and (12)*

44. Defendant incorporates by reference the allegations of paragraphs 1 through 43 as they were set in full.

45. Answering paragraph 45 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

46. Defendant denies the allegations of paragraph 46.

47. Answering paragraph 47 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

48. Answering paragraph 48 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

49. Answering paragraph 49 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

### COUNT IV
*Defamation*

50. Defendant incorporates by reference the allegations of paragraphs 1 through 49 as they were set out in full.

51. Answering paragraph 51 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

52. Answering paragraph 52 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

53. Answering paragraph 53 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

54. Answering paragraph 54 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

55. Answering paragraph 55 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

56. Answering paragraph 56 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

57. Answering paragraph 57 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

## COUNT V
### *Tortious Interference with a Prospective Economic Advantage*

58. Defendant incorporates by reference the allegations of paragraphs 1 through 57, as they were set out in full.

59. Answering paragraph 59 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

60. Defendant denies the allegations of paragraph 60.

61. Defendant denies the allegations of paragraph 61.

62. Defendant denies the allegations of paragraph 62.

63. Defendant denies the allegations of paragraph 63.

64. Defendant denies the allegations of paragraph 64.

65. Defendant denies the allegations of paragraph 65.

## PRAYER FOR RELIEF

Wherefore, Defendant prays this Honorable Court for the following relief:

1. For dismissal of the Plaintiffs' action with prejudice;

2. For an order that Plaintiffs' shall take no relief from their complaint herein;

3. For an award of Defendants costs and attorneys' fees herein incurred: and

4. For such further and other relief that the Court deems fair and just.


Dated. September 2, 2008

By: *Michael J. Kolar*
Defendant


Michael J. Kolar
Defendant Pro Se
99500
3458 W Devon
Lincolnwood, IL  60712
847-675-0030
847-675-4989 fax

ANSWER TO COMPLAINT
CASE NO.  08-CV-04502